```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/2/2025
```

August 28, 2025

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Melman v. Daisy, Inc.*, 25 Civ. 1725 (AT)

Judge Torres:

  We represent Plaintiff in the above referenced FLSA case. As Your Honor is aware, the Parties have reached settlement. The Parties are finalizing a settlement agreement to propose to the Court, which the Parties expect to finalize in the next two weeks, if not sooner. Therefore, the Parties respectfully request a two-week extension of the current, September 1, 2025, deadline to file a letter motion seeking Court approval of the settlement agreement and attorneys' fees, **to September 15, 2025.** *See* ECF No. 18. This is the first request for adjournment of this deadline, this request does not affect any other scheduled dates, and Defendant consents to this request.

  Please be advised that the Parties have consented to proceed before The Honorable Valerie Figueredo. We will file a fully executed Notice, Consent, and Reference of a Civil Action to Magistrate Judge form, for Your Honor's approval.

              Sincerely,

              */s/Raymond Audain*
              Raymond Audain

GRANTED. By **September 15, 2025**, the parties shall file a letter motion requesting that the Court approve the settlement agreement, or alternatively, provide documentation of approval by the Department of Labor. The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 19.

SO ORDERED.

Dated: September 2, 2025
    New York, New York

                 _____
                 ANALISA TORRES
                 United States District Judge