## GISKAN SOLOTAROFF & ANDERSON LLP
### Attorneys at Law

February 10, 2026

**<u>Via ECF</u>**

The Honorable Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

<u>Re:</u>    <u>*Melman v. Daisy, Inc.*, 25 Civ. 1725 (VF)</u>

Dear Judge Figueredo:

      We represent Plaintiff in the above referenced case. On September 22, 2025, the Parties filed a consent motion seeking approval of the proposed FLSA settlement agreement in this case. The motion remains pending. Kindly let us know if there is anything else the Court needs in order to rule on the motion.

Sincerely,
Raymond Audain

All Counsel of Record (via ECF)