## GISKAN SOLOTAROFF & ANDERSON LLP
### Attorneys at Law

March 5, 2026

**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: 3/6/2026**

The motion to seal is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF No. 33. The Clerk of Court is further directed to terminate the motion at ECF No. 32.

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

> **Re:    Letter Motion to Seal** – *Melman v. Daisy, Inc., 25 Civ. 1725 (VF)*

Dear Judge Figueredo:

We represent Plaintiff in the above-referenced case. As Your Honor may recall, Plaintiff brought individual claims for unlawful termination and unpaid overtime wages. The Parties have agreed to settle all claims, and, on September 22, 2025, the Parties submitted for Your Honor's approval the proposed FLSA overtime wage settlement agreement (ECF No. 25).

The Parties also submitted under seal the non-disclosure agreement ("NDA") related to the non-FLSA settlement agreement. On February 13, 2026, the Court found that the NDA could be interpreted to apply to the FLSA claims. The Parties did not intend for the NDA to apply to the FLSA claims. The Parties intended for the NDA to apply only to the non-FLSA claims.

As such, the Parties have revised the NDA to make it clear that it does not apply to the FLSA claims. The Parties respectfully submit the revised NDA.

As with the original NDA, the Parties respectfully request leave to file the revised NDA under seal. The Parties respectfully request that the Viewing Level be set at "Selected Parties."

Both Parties consent to these documents being sealed and removed from the public docket because the confidentiality of the information contained therein forms an essential part of the bargained-for settlement terms.

Very Truly Yours,

*Raymond Audain*
Raymond Audain